IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| GREGORIO ROMERO<br>Petitioner<br><br>v.<br><br>ERIC HOLDER,<br>U.S. Attorney General<br><br>JEH JOHNSON,<br>Secretary of Homeland Security<br><br>MICHAEL J. PITTS,<br>Field Office Director for Detention &<br>Removal<br><br>Respondents | § § § § § § § § § § § § § § § § | Civil No. 5:14-cv-148(DAE) |

## ORDER ON NONSUIT

On this date, the Court having duly considered the Plaintiff's Notice of Nonsuit. After considering the pleading, the court ORDERS THE NONSUIT of this matter without prejudice.

IT IS SO ORDERED.

Signed and entered this 13 day of April, 2015.

DAVID A. EZRA
United States District Judge